69-08/EEL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SAN JUAN NAVIGATION (SINGAPORE) PTE. LTD.,
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Eric E. Lenck (EL 4547))

Judge Berman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

08 CIV. CV 1562

SAN JUAN NAVIGATION (SINGAPORE) PTE. LTD.,

**RULE 7.1 STATEMENT**

      Plaintiff,

 -against-

TRANS POWER CO. LTD.,



      Defendant.

-----------------------------------------------------------------x

  SAN JUAN NAVIGATION (SINGAPORE) PTE. LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company

Dated: New York, New York
   February 14, 2008

           FREEHILL HOGAN & MAHAR, LLP
           Attorneys for Plaintiff
           SAN JUAN NAVIGATION (SINGAPORE) PTE. LTD

   By: _____
       Eric E. Lenck (EL 4547)

NYDOCS1/298787.1