**MEMO ENDORSED**



**BLANK ROME LLP**
COUNSELORS AT LAW

Phone:   (212) 885-5149
Fax:     (917) 332-3720
Email:   JHarwood@BlankRome.com

RECEIVED
MAR 20 2008
RICHARD M. BERMAN

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/08

March 19, 2008

**BY HAND**

Honorable Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse
40 Centre Street, Courtroom 706
New York NY 10007

> 3/24/08 @ 9:00 AM in Courtroom 14A.
>
> SO ORDERED
> Date: 3/20/08
> Richard M. Berman
> Richard M. Berman, U.S.D.J.

Re:   SAN JUAN NAVIGATION (SINGAPORE) PTE. LTD.
      v. TRANS POWER CO. LTD.
      08 CV 1562 (RMB)
      Our Ref. No.: 601532-00602

Dear Judge Berman:

  We are attorneys for Rule B Defendant, Trans Power Co. Ltd. Pursuant to Your Honor's "individual practices" we respectfully request a pre-motion conference in respect of our proposed Supplemental Rule E motion seeking vacatur or reduction of the Rule B Attachment Order or, in the alternative, Rule E counter-security. We respectfully refer your Honor to Local Rule E.1 providing that "an adversary hearing following an arrest or attachment or garnishment … shall be conducted by a judicial officer within 3 court days, unless otherwise ordered." At the conference we will request permission to re-file our Rule E motion, which was denied without prejudice for failure to request a pre-motion conference.

Respectfully submitted,

Jeremy J.O. Harwood

JJH:rk
cc:   Eric E. Lenck, Esq. (by fax)
      Freehill Hogan & Mahar LLP