BLANK ROME LLP
Attorneys for Defendant
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY  10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAN JUAN NAVIGATION (SINGAPORE) PTE. LTD.,<br><br>Plaintiff,<br><br>- against -<br><br>TRANS POWER CO. LTD.,<br><br>Defendant. | 08 CV 1562 (RMB) |

### NOTICE OF MOTION UNDER F.R. CIV. P. RULE 12 AND RULE E OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS AND LOCAL ADMIRALTY RULE E.1 FOR VACATUR OR REDUCTION OF PLAINTIFF'S MARITIME ATTACHMENT AND, OR IN THE ALTERNATIVE, FOR COUNTERSECURITY

**PLEASE TAKE NOTICE THAT**, upon the accompanying memorandum of law, Notice of Foreign Law dated April 1, 2008 and Declarations of Nicholas Woo dated March 17 and 31, 2008 Defendant, will move this Court before the Hon. Richard Berman, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York for an Order pursuant to Rule E(4)(f)

of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("F.R.Civ.P.") and/or, alternatively F.R.Civ.P. Rule 12 vacating or reducing the amount of security and/or substitute security that Plaintiff has attached and granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE THAT**, under Local Rule 6.1(c) of the United States District Courts for the Southern and Eastern Districts of New York and the Court's individual practice rules, oral argument will be heard if so directed by the Court or upon application and that oral argument is so requested.

Date: New York, New York
       April 1, 2008

>                       Respectfully submitted,
>
>                       BLANK ROME LLP
>
>                   By: _____
>                       Jeremy J.O. Harwood
>                       405 Lexington Avenue
>                       New York, New York 10174
>                       (212) 885-5000
>
>                       *Attorneys for Defendant*