GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
. ALSO ADMITTED IN WASHINGTON, D
◇ ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08

April 11, 2008

Our Ref: 69-08/EEL

**BY HAND**
Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

Re: San Juan Navigation (Singapore) Pte. Ltd. v. Trans Power Co., Ltd.
    08 CV 1562 (RMB)

Dear Judge Berman:

We represent the Plaintiff San Juan Navigation (Singapore) Pte. Ltd. in this Rule B attachment action. Defendant has moved to vacate or reduce the attachments. Plaintiff's opposition to the motion is due on Tuesday April 15, 2008. We write to apply for short extension of that deadline to Friday April 18.

We have contacted Defendant's counsel, Mr. Jeremy Harwood, and he has consented to the brief extension. Because Mr. Harwood will be away the week of April 21, when Defendant's reply will be due, we have similarly agreed to extend Defendant's deadline for filing a reply up to including May 1.

For the foregoing reasons, we respectfully request that Your Honor grant the within application.

APR 11 2008

Respectfully submitted,

FREEHILL HOGAN & MAHAR, LLP

Manuel A. Molina

Manuel A. Molina

NYDOCS1/302576.1

The Honorable Richard M. Berman
April 11, 2008
Page 2


cc:     VIA ELECTRONIC MAIL
        Blank Rome LLP
        Attention: J. Harwood, Esq.
        Email: JHarwood@blankrome.com

---

APPLICATION GRANTED ON CONSENT.

_____
_____
_____
_____
_____

SO ORDERED:
Date: 4/11/08                    /s/ Richard M. Berman
                                 Richard M. Berman, U.S.D.J.

---

NYDOCS1/302576.1

FREEHILL, HOGAN & MAHAR LLP