STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      I, Hazel S. Rosenthal, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside at 80 Pine Street, NY 10005. On April 23, 2008, I served the within **ANSWER TO COUNTERCLAIM**, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person at the last known address set forth after each name and also via ECF:

      BLANK ROME LLP
      Attorneys for Defendant
      TRANS POWER CO. LTD.
      The Chrysler Building
      405 Lexington Avenue
      New York, NY 10174-0208
      Attention: Jeremy J.O. Harwood (JH 9012)

                                                  /s/ Hazel S. Rosenthal
                                                  Hazel S. Rosenthal

Sworn to before me on this
23rd day of April, 2008.

_____
Notary Public

            CLARE HENRY
    Notary Public, State of New York
         No. 01HE4831498
      Qualified in Kings County
    Certificate in New York County
  Commission Expires October 31, 2009

NYDOCS1/303361.1