69-08/EEL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SAN JUAN NAVIGATION (SINGAPORE) PTE. LTD.,
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Eric E. Lenck (EL 4547))

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x         08 CV 1562 (RMB)
SAN JUAN NAVIGATION (SINGAPORE) PTE. LTD.,
                                                                             **ENTRY OF APPEARANCE**
                      Plaintiff,

   -against-

TRANS POWER CO. LTD.,

                      Defendant.
-------------------------------------------------------------------x

SIRS:

      Please enter the appearance of the undersigned as co-counsel on behalf Plaintiff to receive ECF notices in this matter. I certify that I am admitted to practice in this Court.

Dated:  New York, New York
           July 3, 2008                  FREEHILL HOGAN & MAHAR, LLP
                                                  Attorneys for Plaintiff

                              By:   */s/ Manuel A. Molina*
                                      Manuel A. Molina (MM 1017)
                                      80 Pine Street
                                      New York, NY 10005

TO:    BLANK ROME LLP
        Attorneys for Defendant
        The Chrysler Building
        405 Lexington Avenue
        New York, NY 10174-0208
        Attention: Jeremy J.O. Harwood (JH 9012)

NYDOCS1/307985.1